No. 93–2086. BRANDT-ERICHSEN *v.* DEPARTMENT OF THE INTERIOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–2087. IN RE BANKS, T/A JOB PROTECTORS FORMER ADMINISTRATIVE LAW JUDGES. C. A. D. C. Cir. Certiorari denied.

No. 93–2088. IN RE BANKS, T/A JOB PROTECTORS FORMER ADMINISTRATIVE LAW JUDGES. C. A. D. C. Cir. Certiorari denied.

No. 93–2089. SCHWENKE *v.* UTAH STATE BAR. Sup. Ct. Utah. Certiorari denied.

No. 93–2090. ASAM *v.* HARWOOD. C. A. 11th Cir. Certiorari denied.

No. 93–2091. FLEMING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–2093. HIGH COUNTRY BROADCASTING CO., INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–2094. IN RE GARRINGER. Sup. Ct. Ind. Certiorari denied.

No. 93–2095. PANAMA CITY MEDICAL DIAGNOSTICS, LTD. *v.* STUART, IN HIS OFFICIAL CAPACITY AS SECRETARY OF FLORIDA DEPARTMENT OF PROFESSIONAL REGULATION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–2100. HUMPHRIES *v.* RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 93–7741. JOHNS *v.* ILLINOIS;
No. 93–7766. LEVIN *v.* ILLINOIS;
No. 93–8068. CARTER *v.* ILLINOIS; and
No. 93–8076. KNOOP *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 93–7972. CORWIN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–8053. PRICE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.